

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

---

No. 08-24-00420-CV

---

Richard C. Poe, II, Appellant

v.

Paul O. Sergent, Jr., Individually, as an Officer of Poe Management, Inc., and as a Co-Trustee of the Dick Poe Estate Trust; Anthony E. Bock, Individually, as an Officer of Poe Management, Inc., as Co-Independent Executor of the Estate of Richard C. Poe, Deceased, and as Co-Trustee of Dick Poe Estate Trust; Karen G. Castro, Individually, as an Officer of Poe Management, Inc.,as Co-Independent Executor of the Estate of Richard C. Poe, Deceased, and as Co-Trustee of Dick Poe Estate Trust et al., Appellees

---

On Appeal from the Probate Court No 1
El Paso County, Texas
Trial Court No. 2015CPR00818

---

# **JUDGMENT**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 18th day of September 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.